269

BEFORE THE SECOND DIVISION, SEPTEMBER 10, 1964

**No. 68761.**—Daido Corporation *v.* United States, protest 63/12971 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of chains of steel used for the transmission of power, not over 2-inch pitch and containing more than three parts per pitch, valued over 40 cents per pound, the claim of the plaintiff was sustained.

SEPTEMBER 9, 1964

**No. 68762.**—APPEAL 5114.—V. G. Nahrgang *v.* United States.— C.D. 2307 affirmed January 23, 1964. C.A.D. 840.

**No. 68763.**—APPEAL 5145.—United States *v.* Acme Steel Company.— —A.R.D. 152 affirmed May 14, 1964. C.A.D. 841.

**No. 68764.**—APPEAL 5174.—Great Lakes Paper Company et al. *v.* United States.— (Appeal dismissed June 25, 1964.)

BEFORE THE FIRST DIVISION, SEPTEMBER 14, 1964

**No. 68765.**—B. Shackman & Co. et al. *v.* United States, protests 59/5216, etc. (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of plastic paperweights similar in all material respects to those the subject of Abstract 67488, the claim of the plaintiffs was sustained.